■ SHEILA ELIZABETH EDWARDS, Individually, as Executrix of RICHARD F. EDWARDS, Deceased, and as Administratrix of the Estate of BRIAN EDWARDS, Deceased, et al., Appellants, v ERIE COACH LINES COMPANY et al., Defendants, and J&J TRUCKING et al., Respondents. (Appeal No. 11.) [903 NYS2d 297]—Motion for reargument denied. Leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

■ JUSTIN W. FRANCIS, Appellant, v SUSANNE FRANCIS, Respondent. [903 NYS2d 297]—Motion for reargument denied. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOMMY BRINSON, Appellant. [904 NYS2d 681]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Wayne County Court, Dennis Kehoe, J.—Felony Driving While Intoxicated). Present—Scudder, P.J., Peradotto, Carni, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY CASSATA, Appellant. [903 NYS2d 763]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Livingston County Court, Robert B. Wiggins, J.—Forgery, 2nd Degree). Present—Scudder, P.J., Peradotto, Carni, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN CAVITT, Appellant. [904 NYS2d 681]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Steuben County Court, Joseph William Latham, J.—Grand Larceny, 4th Degree). Present—Scudder, P.J., Peradotto, Carni, Pine and Gorski, JJ.